UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VIGILANT INSURANCE COMPANY a/s/o Eastward Vista, LLC<br><br>Plaintiff,<br><br>vs.<br><br>EAST GREENWICH OIL CO., INC. and EASTERN SECURITY CORPORATION<br><br>Defendants. | CIVIL ACTION NO. CA04- 439S |

**PLAINTIFF, VIGILANT INSURANCE COMPANY a/s/o EASTWARD VISTA, LLC'S RESPONSE TO DEFENDANT, EAST GREENWICH OIL CO., INC.'S REQUEST FOR A DISPOSITIVE MOTION CONFERENCE**

Plaintiff, Vigilant Insurance Company a/s/o Eastward Vista, LLC, responds to defendant, East Greenwich Oil Co., Inc.'s Request for a Dispositive Motion Conference and in support thereof states the following:

1. Genuine issues of material fact exists which precludes the filing of a Motion for Summary Judgment;

2. East Greenwich Oil Co., Inc. has admitted that it had an oral contract with Jonathan Nelson, the sole shareholder of Eastward Vista, LLC, to supply heating oil on a guaranteed delivery basis to 368 East Shore Road, Jamestown, Rhode Island.

3. Plaintiff intends to file an expert report (which is due on or before June 14, 2005) authored by David Toler, P.E., a professional engineer who is expected to opine that East Greenwich Oil Co., Inc. breached its oral contract to supply oil to plaintiff's insured's home resulting in the damages alleged in the Complaint; and

4. Matthew Davitt testified at deposition that when he arrived at the subject property the evening of January 12, 2004 that both oil tanks were empty and that the boilers which provided heat to the subject property were not operating.

It is respectfully submitted that there are numerous issues of material fact which only a fact finder (a jury) can determine which would preclude the filing of a Motion for Summary Judgment by defendant, East Greenwich Oil Co.

Respectfully Submitted,
Vigilant Insurance Company

By Its Attorneys,
ADLER POLLOCK & SHEEHAN P.C.

Todd D. White (ssl)

TODD D. WHITE (#5943)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-2443
Tel: 401-274-7200
Fax: 401-751-0604

Of Counsel:

A. Richard Bailey, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2040

**CERTIFICATION**

I hereby certify that a copy of the within plaintiff, Vigilant Insurance Company a/s/o Eastward Vista, LLC's Response to defendant East Greenwich Oil Co., Inc.'s Request for a Dispositive Motion Conference, was mailed on this 2nd day of June 2005 to:

John M. Boland, Esquire
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street
Suite 200
Providence, RI 02903

Lauren Motola-Davis, Esquire
Michael Farley, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

Jaime J. LaPorte

*334799_1.doc*