**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

VIGILANT INSURANCE COMPANY a/s/o
EASTWARD VISTA, LLC

Vs. C.A. No. 04-439 S

EAST GREENWICH OIL CO., INC., and
EASTERN SECURITY CORPORATION

DEFENDANT EAST GREENWICH OIL'S MOTION FOR PERMISSION TO TAKE THE DEPOSITION OF PLAINTIFF'S EXPERT WITNESS

Now comes the defendant, and pursuant to Federal Rules of Civil Procedure 26(b)(4)(A), seeks permission to take the deposition of David F. Toler, P.E.

As grounds for this request, the defendant offers the attached memorandum of law.

By Its Attorneys,

Lauren Motola-Davis # 3396
Michael T. Farley # 6196
**MORRISON MAHONEY LLP**
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660 (Fax: 621-4660)

GOOD FAITH CERTIFICATION

The Undersigned certifies that it made a good faith effort to avoid involving the court in this discovery dispute by speaking directly with opposing counsel by telephone on June 14, 2005.

CERTIFICATION

I hereby certify that a copy of the within was mailed, first class, prepaid on the 14th day of June, 2005, to:

**Eastern Security**
John M. Boland, Esq.
Reynolds, DeMarco & Boland
170 Westminster St., Suite 200
Providence, RI 02903
861-5522 Fax: 331-4861

**Plaintiff**
Todd D. White, Esquire # 5943
Adler, Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200
Fax: 351-4607

A. Richard Bailey, Esquire
A. Richard Bailey, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2040
***Via Facsimile: 215-701-2040***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

VIGILANT INSURANCE COMPANY a/s/o
EASTWARD VISTA, LLC

Vs. C.A. No. 04-439 S

EAST GREENWICH OIL CO., INC., and
EASTERN SECURITY CORPORATION

MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT EAST GREENWICH OIL'S MOTION FOR PERMISSION TO TAKE
THE DEPOSITION OF PLAINTIFF'S EXPERT WITNESS

I. BACKGROUND

This matter involves an allegation that East Greenwich Oil negligently failed to deliver oil to a home in Jamestown, Rhode Island, causing a heat failure which led to frozen pipes and subsequent water damage.

On June 14, 2005, counsel for East Greenwich first received the plaintiff's expert disclosure, and asked about scheduling the deposition of plaintiff's expert. Counsel for plaintiff indicated that he would not allow the deposition of his expert and that the matter must go before the judge.

II. RELEVANT LAW

Federal Rule of Civil Procedure 26(b)(4)(A) specifically states as follows:

> A party may depose any person who has been identified as an expert whose opinions may be presented at trial. If a report from the expert is required under subdivision (a)(2)(B), the deposition shall not be conducted until after the report is provided.

## III. ARGUMENT

The federal rules allow the deposition of plaintiff's expert. The case is rapidly approaching several deadlines, including the dispositive motion deadline (June 28, 2005) and the pretrial memoranda deadline (July 14, 2005). In the interest of keeping this case on track, we ask that the court permit the deposition of plaintiff's expert David F. Toler to go forward on or before June 27, 2005.

WHEREFORE, the undersigned respectfully requests:

(a) permission to take the deposition of plaintiff's expert by Monday, June 27, 2005, and

(b) any other relief deemed necessary by the court.

By Its Attorneys,

Lauren Motola-Davis # 3396
Michael T. Farley # 6196
**MORRISON MAHONEY LLP**
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660 (Fax: 621-4660)

CERTIFICATION

I hereby certify that a copy of the within was mailed, first class, prepaid on the 14th day of June, 2005, to:

**Eastern Security**
John M. Boland, Esq.
Reynolds, DeMarco & Boland
170 Westminster St., Suite 200
Providence, RI 02903
861-5522 Fax: 331-4861

**Plaintiff**
Todd D. White, Esquire # 5943
Adler, Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200
Fax: 351-4607

A. Richard Bailey, Esquire
A. Richard Bailey, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2040
***Via Facsimile: 215-701-2040***