UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VIGILANT INSURANCE COMPANY a/s/o Eastward Vista, LLC<br><br>Plaintiff,<br><br>vs.<br><br>EAST GREENWICH OIL CO., INC.<br>and<br>EASTERN SECURITY CORPORATION<br><br>Defendants. | CIVIL ACTION NO. CA04- 439S |

**PLAINTIFF, VIGILANT INSURANCE COMPANY'S RESPONSE TO EAST GREENWICH OIL'S MOTION FOR PERMISSION TO TAKE THE DEPOSITION OF PLAINTIFF'S EXPERT WITNESS**

Plaintiff, Vigilant Insurance Company, by and through its attorneys, responds to Defendant, East Greenwich Oil Co., Inc.'s Motion for Permission to Take the Deposition of Plaintiff's Expert Witness and in support thereof refers the Court to the attached Affidavit of A. Richard Bailey.

Respectfully submitted,
Vigilant Insurance Company
By its attorneys,

Todd D. White, Esquire (#5943)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02003-2443
Tel: 401-274-7200
Fax: 401-751-0604

A. Richard Bailey
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2040

CERTIFICATION

I hereby certify that a copy of the within plaintiff, Vigilant Insurance Company a/s/o Eastward Vista, LLC's Response to defendant East Greenwich Oil Co., Inc.'s Motion for Permission to Take the Deposition of Plaintiff's Expert Witness, was mailed on this 22nd day of June 2005 to:

Lauren Motola-Davis, Esquire
Michael Farley, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

Todd D. White, Esquire (#5943)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02003-2443

*336907_1.doc*