UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VIGILANT INSURANCE COMPANY a/s/o
Eastward Vista, LLC

Plaintiff,

vs. CIVIL ACTION NO. CA04- 439S

EAST GREENWICH OIL CO., INC.
and
EASTERN SECURITY CORPORATION

Defendants.

**JOINT MOTION OF PLAINTIFF, VIGILANT INSURANCE COMPANY AND DEFENDANT, EAST GREENWICH OIL TO CONTINUE SETTLEMENT CONFERENCE**

NOW Comes Plaintiff, Vigilant Insurance Company, and Defendant, East Greenwich Oil, Co., Inc. and hereby jointly move to continue the settlement conference which is presently scheduled for Tuesday, June 28, 2005.

There are several compelling reasons why a settlement conference scheduled at this time will be neither effective in resolving the case nor even result in any meaningful discussion. The parties cite to the following reasons and concerns:

1. Counsel did not receive notification of this conference until Wednesday, June 22, 2005.

2. Lead Counsel for Plaintiff, Richard Bailey, of Philadelphia, has a commitment in an out of state federal case at the same time as this conference.

3. Additionally, approximately six or seven weeks ago a settlement conference was conducted by Judge Lovegreen in this case. As a result of that conference, Defendant Eastern Security reached a settlement agreement with Plaintiff and will be dismissed from this matter.

4. Finally, Defendant, East Greenwich Oil, Co., Inc. is prepared to file a Motion for Summary Judgment in this matter. However, the pre-conference on this motion has just been put over.

Therefore, in light of the timing of these events, the scheduling conflict of Mr. Bailey (and possibly the authoritative individual from the insurer), the very recent prior settlement conference and the Defendant's potentially pending dispositive motion, both parties would respectfully request that this conference be rescheduled to a time closer to trial.

Respectfully submitted,
Vigilant Insurance Company
By its attorneys,

Todd D. White, Esquire (#5943)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02003-2443
Tel: 401-274-7200
Fax: 401-751-0604
A. Richard Bailey
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2040

and

For the Defendant,
East Greenwich Oil Co., Inc.,
By its counsel,

Michael Farley, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

**CERTIFICATION**

I hereby certify that a copy of the within was mailed on this 24 day of June 2005 to:

Michael Farley, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

Todd D. White, Esquire (#5943)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02003-2443

*336907_1.doc*