UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY a/s/o Eastward Vista, LLC<br><br>Plaintiff,<br><br>vs.<br><br>EAST GREENWICH OIL CO., INC.<br>and<br>EASTERN SECURITY CORPORATION<br><br>Defendants. | : | CIVIL ACTION NO. CA04- 439S |

**MOTION FOR EXCUSAL FROM SCHEDULED TRIAL**

Counsel for plaintiff, Vigilant Insurance Company, hereby requests excusal from the scheduled trial, jury empanelment and trial listing for the following reasons:

1. Lead counsel, A. Richard Bailey of Cozen O'Connor, has been admitted Pro Hac Vice for purposes of the above matter;

2. By Notice dated June 29, 2005, the Honorable William E. Smith has listed the above captioned matter for a Calendar Call on July 19, 2005 (the above matter is listed number 6 of Civil Cases for that date);

3. A Trial Notice dated June 29, 2005 lists the above jury trial as number 6 for jury cases that will be empanelled on August 2, 2005;

4. The undersigned counsel certifies that he has a prepaid vacation scheduled from July 19, 2005 through and including July 24, 2005;

5. Additionally, the undersigned counsel certifies that he has a prepaid family vacation scheduled from August 5, 2005 through and including August 14, 2005; and

6. Although the undersigned counsel could be present for jury empanelment on August 2, 2005, the aforesaid prepaid vacation commences on August 5, 2005.

It is therefore respectfully requested that the undersigned counsel be excused from the Calendar Call scheduled for July 19, 2005 and further, that he be excused from any trials from August 5 through August 15, 2005.

Respectfully requested,

A. Richard Bailey
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2040

## CERTIFICATION

I hereby certify that a copy of the within plaintiff, Vigilant Insurance Company a/s/o Eastward Vista, LLC's Motion for Excusal from Scheduled Trial, was mailed on this 6 day of July 2005 to:

Lauren Motola-Davis, Esquire
Michael Farley, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

Todd D. White, Esquire
#5943
Adler Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02003-2443