UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DISTRICT OF RHODE ISLAND

VIGILANT INSURANCE COMPANY a/s/o
Eastward Vista, LLC

Plaintiff,

vs.

EAST GREENWICH OIL CO., INC.
and
EASTERN SECURITY CORPORATION

Defendants.

CIVIL ACTION NO. CA04- 439S

**MOTION FOR EXCUSAL FROM SCHEDULED TRIAL**

Counsel for plaintiff, Vigilant Insurance Company, hereby requests excusal from the scheduled trial, jury empanelment and trial listing for the following reasons:

1. Lead counsel, A. Richard Bailey of Cozen O'Connor, has been admitted Pro Hac Vice for purposes of the above matter;

2. By Notice dated June 29, 2005, the Honorable William E. Smith has listed the above captioned matter for a Calendar Call on July 19, 2005 (the above matter is listed number 6 of Civil Cases for that date);

3. A Trial Notice dated June 29, 2005 lists the above jury trial as number 6 for jury cases that will be empanelled on August 2, 2005;

4. The undersigned counsel certifies that he has a prepaid vacation scheduled from July 19, 2005 through and including July 24, 2005;

5. Additionally, the undersigned counsel certifies that he has a prepaid family vacation scheduled from August 5, 2005 through and including August 14, 2005; and

GRANTED
WmM
William E. Smith
U.S. District Judge
7/11/05