# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER: CA 04-439S** **DATE: July 12, 2005**

**TITLE: VIGILANT INSURANCE COMPANY v. EAST GREENWICH OIL CO., ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Todd White**
**Richard Bailey**

**Defendant: Michael Farley**

*****************************************************************************

**Proceedings: Defendant East Greenwich Oil Co.'s Motion for Permission to Take Deposition of Plaintiff's Expert Witness**
**Defendant East Greenwich Oil Co.'s Motion for Permission to Use a Rebuttal Expert Witness**

**All counsel of record present. Both sides argue motion for permission to take deposition of plaintiff's expert witness. Court grants the motion. Both sides argue motion for permission to use a rebuttal expert witness. Court denies the motion. Court to prepare an order.**