**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

VIGILANT INSURANCE COMPANY a/s/o
EASTWARD VISTA, LLC

Vs. C.A. No. 04-439 S

EAST GREENWICH OIL CO., INC., and
EASTERN SECURITY CORPORATION

## ENTRY OF APPEARANCE

Michael T. Farley of Morrison Mahoney LLP hereby enters his appearance on behalf of defendant, East Greenwich Oil Co., Inc. in the above-referenced matter.

EAST GREENWICH OIL CO., INC.,

By Its Attorneys,

Michael T. Farley # 6196
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660 (Fax: 621-4660)

**CERTIFICATION**

I hereby certify that a copy of the within was mailed, first class, prepaid on the 12th day of August, 2005, to:

**Eastern Security**
John M. Boland, Esq.
Reynolds, DeMarco & Boland
170 Westminster St., Suite 200
**Plaintiff**
Todd D. White, Esquire # 5943
Adler, Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200
Fax: 351-4607

A. Richard Bailey, Esquire
A. Richard Bailey, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2040
Fax:: 215-701-2040

Jennifer Miller