UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

CASE NUMBER: CA:04-439S August 30, 2005

TITLE: VIGILANT INSURANCE V. EAST GREENWICH OIL, ET AL

DISTRICT JUDGE: WILLIAM E. SMITH

COURTROOM CLERK: DOREEN L. BALDINELLI

COURT REPORTER: ANNE CLAYTON

IN COURT: 2:01 p.m. - 2:42 p.m.

---

COUNSEL PRESENT: Plaintiff - Todd White, A. Richard Bailey, Esquire
Defendant - Michael Farley , Esquire

RE: East Greenwich Oil's Partial Appeal of Magistrate Judge's Order

Proceedings: All counsel of record present; Arguments heard; Court denies the defendant's Partial Appeal of Magistrate Judge's Order dated 7/12/2005.