UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VIGILANT INSURANCE
Plaintiff

VS. CA:04-439S

EAST GREENWICH OIL, ET AL
Defendant

**ORDER**

This matter came before the Court on August 30, 2005, on Defendant's Appeal of Magistrate Judge Martin's Order entered July 12, 2005 denying Motion to Use Rebuttal Expert Witness, granting Motion to Depose Plaintiff's Expert. After hearing arguments by counsel, it is hereby:

**ORDERED**

Defendant's appeal of Magistrate Judge Martin's Order dated July 12, 2005 is DENIED.

BY ORDER:

Karen Caldwell
DEPUTY CLERK

ENTER:

WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 8/31/05