UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY | : | |
| | : | |
| vs. | : | C.A. No. 04-439S |
| | : | |
| EAST GREENWICH OIL CO., INC. | : | |
| and EASTERN SECURITY CORPORATION | : | |

DEFENDANT, EASTERN SECURITY CORPORATION'S,
MOTION OF DISMISSAL

Now comes the defendant, Eastern Security Corporation, and moves this court for an order pursuant to Rule 41(a)(2) of dismissal of the action as it relates to Eastern Security Corporation on the basis that the matter between Vigilant Insurance Company and Eastern Security Corporation has been settled. This defendant would rely on the attached memorandum in support of its position.

Respectfully submitted,

John M. Boland, Esquire #2945
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

I hereby certify that on the 4th day of October, 2005, I mailed a copy of the within to Michael T. Farley, Esquire, MORRISON MAHONEY, LLP, 121 South Main Street, Suite 600, Providence, RI 02903-7141 and A. Richard Bailey, Esquire, COZEN O'CONNOR, 1900 Market Street, Philadelphia, PA 19103.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY | : | |
| | : | |
| vs. | : | C.A. No. 04-439S |
| | : | |
| EAST GREENWICH OIL CO., INC. | : | |
| and EASTERN SECURITY CORPORATION | : | |

DEFENDANT, EASTERN SECURITY CORPORATION'S,
MEMORANDUM IN SUPPORT OF MOTION OF DISMISSAL

The matter before the court involves a subrogation action brought by plaintiff, Vigilant Insurance Company, against East Greenwich Oil Co., Inc. and Eastern Security Corporation. After extensive discovery and settlement conferences, the plaintiff and Eastern Security Corporation reached a settlement of this case in the amount of $675,000.00. A joint tortfeasor release and settlement agreement was executed on July 6, 2005. Consideration in support of the joint tortfeasor release has been sent to plaintiff's counsel.

On July 12, 2005, a copy of the dismissal stipulation was forwarded to co-defendant's counsel with a request that the dismissal stipulation be signed and forwarded to plaintiff's counsel. Since that time, several requests have been made of co-defendant's counsel but to date, the dismissal stipulation has yet to be forwarded to plaintiff's counsel for signature and filing with this court.

This defendant would respectfully request an order from the court dismissing Eastern Security Corporation from this case.

Respectfully submitted,

John M. Boland, Esquire #2945
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

I hereby certify that on the 4th day of October, 2005, I mailed a copy of the within to Michael T. Farley, Esquire, MORRISON MAHONEY, LLP, 121 South Main Street, Suite 600, Providence, RI 02903-7141 and A. Richard Bailey, Esquire, COZEN O'CONNOR, 1900 Market Street, Philadelphia, PA 19103.