PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

COZEN O'CONNOR
ATTORNEYS

FILE

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET PHILADELPHIA, PA 19103-3508 215.665.2000 800.523.2900 215.665.2013 FAX www.cozen.com

February 15, 2005

**A. Richard Bailey**
Direct Phone 215.665.2040
Direct Fax 215.701.2040
abailey@cozen.com

Michael Farley, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

Re: Vigilant Insurance Co. v. East Greenwich Oil Co., Inc., et al
Civil Action No. 04-439 S
Our File No. 147853

Dear Mike:

I am now in receipt of East Greenwich Oil Co., Inc.'s Initial Disclosures.

I bring to your attention Paragraph B RELEVANT DOCUMENTS wherein you state that "Customer account documents for the subject property". Nothing is attached.

Additionally, under Paragraph D INSURANCE AGREEMENTS, you state "We understand that this action is being defended under a reservation of rights."

I would appreciate it if you would forward to me a copy of the reservation of rights letter(s).

Additionally, as per my letter request to Steven DeLuca dated December 15, 2004, I requested that all written documents, i.e., contracts, service agreements, oil delivery invoices, etc. that East Greenwich Oil Company has relative to the previous owner of the home also be produced. It is my understanding that Anne and Larry Allen were the previous owners. Nothing has been produced in that regard. If you need specific formal Interrogatories and Request for Production of Documents, please advise.

---

Thank you for your help and cooperation.

Very truly yours,

COZEN O'CONNOR

By: A. Richard Bailey

ARB/jd

cc: John M. Boland, Esquire