**Bailey, A. Richard**

**From:** Bailey, A. Richard
**Sent:** Wednesday, September 07, 2005 3:00 PM
**To:** 'mfarley@morrisonmahoney.com'
**Subject:** FW: Vigilant Insurance v. East Greenwich Oil

Mike: As a follow up to my 8/31/05 email to you (see below), I note that on 2/15/05, I sent you a letter requesting a copy of the Reservation of Rights letter(s) that were referenced in the Initial Disclosures of East Greenwich Oil. To date, I have not received that document nor the policy under which StarNet Insurance is defending its insured.

I would again request copies of these documents before the Mediation Conference with Magistrate Lovegreen which is scheduled for 9/14/05.

If there is a problem with you providing these documents to me within that time, please call me. Thank you. Dick

-----Original Message-----
**From:** Bailey, A. Richard
**Sent:** Wednesday, August 31, 2005 3:15 PM
**To:** 'mfarley@morrisonmahoney.com'
**Subject:** Vigilant Insurance v. East Greenwich Oil

Mike: I have again reviewed East Greenwich's Initial Disclosures dated February 1, 2005 and the Declarations Sheet is attached, so you do not have to send another copy. Also, Paragraph D INSURANCE AGREEMENTS, states: "We understand that this action is being defended under a reservation of rights."

As we discussed today, please forward to me a copy of the Reservation of Rights letter(s) that was sent by StarNet Insurance Company to East Greenwich Oil.

Additionally, you agreed to send me a copy of Policy 2PUMP3CPP032938, Claim Number SPUMP 702, which appears to be the applicable policy that was issued to East Greenwich Oil.

Thanks. Dick