FEB-06-2004 FRI 04:56 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 8

FEB-06-2004 FRI 04:56 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 7

FEB-06-2004 FRI 04:55 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 6

FEB-06-2004 FRI 04:55 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 5

FEB-06-2004 FRI 04:54 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 4

FEB-06-2004 FRI 04:54 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 3

FEB-06-2004 FRI 04:53 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 2

FEB-06-2004 FRI 04:53 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 1

JAMES L. PARADISE CLEANING SERVICE, INC.
DISASTER RESTORATION SPECIALISTS

**First Floor**

**Room: Office** LxWxH 17'0" x 14'10" x 9'9"

620.75 SF Walls
872.92 SF Walls & Ceiling
28.02 SY Flooring
165.75 SF Long Wall
63.67 LF Ceil. Perimeter

252.17 SF Ceiling
252.17 SF Floor
63.67 LF Floor Perimeter
144.63 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| STRUCTURAL | | | | |
| Apply mildewcide solution to lower 3 feet of wall surfaces | 191.00 SF | 0.00 | 0.15 | 28.65 |
| Water extraction from floor. | 252.17 SF | 0.00 | 0.35 | 88.26 |
| Clean floor - wash or sweep | 252.17 SF | 0.00 | 0.14 | 35.30 |
| Apply combination germicide & mildewcide solution to floor | 252.17 SF | 0.00 | 0.15 | 37.83 |
| Dehumidifier large 28 gals (daily) 1 units for 7 days. | 7.00 EA | 0.00 | 46.00 | 322.00 |
| Drying fan (per day) - installed 1 units for 7 days. | 7.00 EA | 0.00 | 23.00 | 161.00 |

NELSONFORDAVITT 02/06/2004 Page: 7

FEB-06-2004 FRI 04:57 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 9

JAMES L. PARADISE CLEANING SERVICE, INC.
DISASTER RESTORATION SPECIALISTS

**Room: Living Room** LxWxH 30'2" x 16'8" x 9'9"

913.25 SF Walls
1,416.03 SF Walls & Ceiling
55.86 SY Flooring
294.13 SF Long Wall
93.67 LF Ceil. Perimeter

502.78 SF Ceiling
502.78 SF Floor
93.67 LF Floor Perimeter
162.50 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| STRUCTURAL | | | | |
| Apply mildewcide solution to lower 3 feet of wall surfaces | 281.00 SF | 0.00 | 0.15 | 42.15 |
| Water extraction from floor. | 502.78 SF | 0.00 | 0.35 | 175.97 |
| Clean floor - wash or sweep | 502.78 SF | 0.00 | 0.14 | 70.39 |
| Apply combination germicide & mildewcide solution to floor | 502.78 SF | 0.00 | 0.15 | 75.42 |
| Apply mildewcide solution to ceiling surface | 502.78 SF | 0.00 | 0.15 | 75.42 |
| Dehumidifier large 28 gals (daily) 1 units for 7 days. | 7.00 EA | 0.00 | 46.00 | 322.00 |
| Drying fan (per day) - installed 1 units for 7 days. | 7.00 EA | 0.00 | 23.00 | 161.00 |

**Room: Kitchen** LxWxH 22'0" x 14'0" x 9'9"

702.00 SF Walls
1,010.00 SF Walls & Ceiling
34.22 SY Flooring
214.50 SF Long Wall
72.00 LF Ceil. Perimeter

308.00 SF Ceiling
308.00 SF Floor
72.00 LF Floor Perimeter
136.50 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| STRUCTURAL | | | | |
| Apply mildewcide solution to lower 3 feet of wall surfaces | 216.00 SF | 0.00 | 0.15 | 32.40 |
| Water extraction from floor. | 308.00 SF | 0.00 | 0.35 | 107.80 |
| Clean floor - wash or sweep | 308.00 SF | 0.00 | 0.14 | 43.12 |

NELSONFORDAVITT 02/06/2004 Page: 8

FEB-06-2004 FRI 04:57 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 10

JAMES L. PARADISE CLEANING SERVICE, INC.
DISASTER RESTORATION SPECIALISTS

**CONTINUED - Kitchen**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Apply combination germicide & mildewcide solution to floor | 308.00 SF | 0.00 | 0.15 | 46.20 |
| Apply mildewcide solution to ceiling surface | 308.00 SF | 0.00 | 0.15 | 46.20 |
| Dehumidifier large 28 gals (daily) 2 units for 7 days. | 14.00 EA | 0.00 | 46.00 | 644.00 |
| Drying fan (per day) - installed 2 units for 7 days. | 14.00 EA | 0.00 | 23.00 | 322.00 |

**Room: Great Room** LxWxH 20'9" x 14'8" x 9'9"

690.63 SF Walls
994.96 SF Walls & Ceiling
33.81 SY Flooring
202.31 SF Long Wall
70.83 LF Ceil. Perimeter

304.33 SF Ceiling
304.33 SF Floor
70.83 LF Floor Perimeter
143.00 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| STRUCTURAL | | | | |
| Apply mildewcide solution to lower 3 feet of wall surfaces | 212.50 SF | 0.00 | 0.15 | 31.88 |
| Water extraction from floor. | 304.33 SF | 0.00 | 0.35 | 106.52 |
| Clean floor - wash or sweep | 304.33 SF | 0.00 | 0.14 | 42.61 |
| Apply combination germicide & mildewcide solution to floor | 304.33 SF | 0.00 | 0.15 | 45.65 |
| Apply mildewcide solution to ceiling surface | 304.33 SF | 0.00 | 0.15 | 45.65 |
| Dehumidifier large 28 gals (daily) 1 units for 7 days. | 7.00 EA | 0.00 | 46.00 | 322.00 |
| Drying fan (per day) - installed 1 units for 7 days. | 7.00 EA | 0.00 | 23.00 | 161.00 |

NELSONFORDAVITT 02/06/2004 Page: 9

FEB-06-2004 FRI 04:58 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 11

JAMES L. PARADISE CLEANING SERVICE, INC.
DISASTER RESTORATION SPECIALISTS

**CONTINUED - Great Room**

**Room: Hallway** LxWxH 29'0" x 5'2" x 7'9"

529.58 SF Walls
679.42 SF Walls & Ceiling
16.65 SY Flooring
224.75 SF Long Wall
68.33 LF Ceil. Perimeter

149.83 SF Ceiling
149.83 SF Floor
68.33 LF Floor Perimeter
40.04 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| STRUCTURAL | | | | |
| Apply mildewcide solution to lower 3 feet of wall surfaces | 205.00 SF | 0.00 | 0.15 | 30.75 |
| Water extraction from floor. | 149.83 SF | 0.00 | 0.35 | 52.44 |
| Clean floor - wash or sweep | 149.83 SF | 0.00 | 0.14 | 20.98 |
| Apply combination germicide & mildewcide solution to floor | 149.83 SF | 0.00 | 0.15 | 22.47 |
| Dehumidifier large 28 gals (daily) 1 units for 7 days. | 7.00 EA | 0.00 | 46.00 | 322.00 |
| Drying fan (per day) - installed 1 units for 7 days. | 7.00 EA | 0.00 | 23.00 | 161.00 |

NELSONFORDAVITT 02/06/2004 Page: 10

FEB-06-2004 FRI 04:58 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 12

JAMES L. PARADISE CLEANING SERVICE, INC.
DISASTER RESTORATION SPECIALISTS

**Room: Dining Room** LxWxH 19'2" x 14'8" x 9'8"

654.11 SF Walls
935.22 SF Walls & Ceiling
31.23 SY Flooring
185.28 SF Long Wall
67.67 LF Ceil. Perimeter

281.11 SF Ceiling
281.11 SF Floor
67.67 LF Floor Perimeter
141.78 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| STRUCTURAL | | | | |
| Apply mildewcide solution to lower 3 feet of wall surfaces | 203.00 SF | 0.00 | 0.15 | 30.45 |
| Water extraction from floor. | 281.11 SF | 0.00 | 0.35 | 98.39 |
| Clean floor - wash or sweep | 281.11 SF | 0.00 | 0.14 | 39.36 |
| Apply combination germicide & mildewcide solution to floor | 281.11 SF | 0.00 | 0.15 | 42.17 |
| Dehumidifier large 28 gals (daily) 1 units for 7 days. | 7.00 EA | 0.00 | 46.00 | 322.00 |

NELSONFORDAVITT 02/06/2004 Page: 11

FEB-06-2004 FRI 04:59 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 13

JAMES L. PARADISE CLEANING SERVICE, INC.
DISASTER RESTORATION SPECIALISTS

**SECOND FLOOR**

**Room: Hallway** LxWxH 44'3" x 5'5" x 7'5"

726.72 SF Walls
976.41 SF Walls & Ceiling
26.63 SY Flooring
328.19 SF Long Wall
99.33 LF Ceil. Perimeter

239.69 SF Ceiling
239.69 SF Floor
99.33 LF Floor Perimeter
40.17 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| STRUCTURAL | | | | |
| Apply mildewcide solution to lower 3 feet of wall surfaces | 298.00 SF | 0.00 | 0.15 | 44.70 |
| Water extraction from floor. | 239.69 SF | 0.00 | 0.35 | 83.89 |
| Clean floor - wash or sweep | 239.69 SF | 0.00 | 0.14 | 33.56 |
| Apply combination germicide & mildewcide solution to floor | 239.69 SF | 0.00 | 0.15 | 35.95 |
| Drying fan (per day) - installed 1 units for 7 days. | 7.00 EA | 0.00 | 23.00 | 161.00 |

**Room: BEDROOM** LxWxH 14'7" x 13'9" x 13'0"

734.67 SF Walls
937.19 SF Walls & Ceiling
22.28 SY Flooring
189.58 SF Long Wall
56.67 LF Ceil. Perimeter

200.52 SF Ceiling
200.52 SF Floor
56.67 LF Floor Perimeter
178.75 SF Short Wall

NELSONFORDAVITT 02/06/2004 Page: 12

FEB-06-2004 FRI 04:59 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 14

JAMES L. PARADISE CLEANING SERVICE, INC.
DISASTER RESTORATION SPECIALISTS

**Subroom 1: OFF SET1** LxWxH 6'4" x 6'0" x 7'7"

187.06 SF Walls
225.06 SF Walls & Ceiling
4.22 SY Flooring
48.03 SF Long Wall
24.67 LF Ceil. Perimeter

38.00 SF Ceiling
38.00 SF Floor
24.67 LF Floor Perimeter
45.50 SF Short Wall

**Subroom 2: OFF SET2** LxWxH 6'7" x 5'4" x 7'7"

180.74 SF Walls
215.85 SF Walls & Ceiling
3.90 SY Flooring
49.92 SF Long Wall
23.83 LF Ceil. Perimeter

35.11 SF Ceiling
35.11 SF Floor
23.83 LF Floor Perimeter
40.44 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| STRUCTURAL | | | | |
| Apply mildewcide solution to lower 3 feet of wall surfaces | 254.83 SF | 0.00 | 0.15 | 38.23 |
| Water extraction from floor. | 273.63 SF | 0.00 | 0.35 | 95.77 |
| Clean floor - wash or sweep | 273.63 SF | 0.00 | 0.14 | 38.31 |
| Apply combination germicide & mildewcide solution to floor | 273.63 SF | 0.00 | 0.15 | 41.04 |
| Drying fan (per day) - installed 1 units for 7 days. | 7.00 EA | 0.00 | 23.00 | 161.00 |
| Dehumidifier large 28 gals (daily) 1 units for 7 days. | 7.00 EA | 0.00 | 46.00 | 322.00 |

NELSONFORDAVITT 02/06/2004 Page: 13

FEB-06-2004 FRI 04:59 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 15

JAMES L. PARADISE CLEANING SERVICE, INC.
DISASTER RESTORATION SPECIALISTS

**Room: Laundry Room** LxWxH 9'2" x 7'10" x 7'5"

252.17 SF Walls
323.97 SF Walls & Ceiling
7.98 SY Flooring
67.99 SF Long Wall
34.00 LF Ceil. Perimeter

71.81 SF Ceiling
71.81 SF Floor
34.00 LF Floor Perimeter
58.10 SF Short Wall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| STRUCTURAL | | | | |
| Apply mildewcide solution to lower 3 feet of wall surfaces | 102.00 SF | 0.00 | 0.15 | 15.30 |
| Water extraction from floor. | 71.81 SF | 0.00 | 0.35 | 25.13 |
| Clean floor - wash or sweep | 71.81 SF | 0.00 | 0.14 | 10.05 |
| Apply combination germicide & mildewcide solution to floor | 71.81 SF | 0.00 | 0.15 | 10.77 |
| Drying fan (per day) - installed 1 units for 7 days. | 7.00 EA | 0.00 | 23.00 | 161.00 |

**Room: SPECIAL SERVICES**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| STRUCTURAL | | | | |
| Emergency service call | 1.00 EA | 0.00 | 150.00 | 150.00 |

NELSONFORDAVITT 02/06/2004 Page: 14

FEB-06-2004 FRI 05:00 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 16

JAMES L. PARADISE CLEANING SERVICE, INC.

DISASTER RESTORATION SPECIALISTS

| | | | | | |
|---|---|---|---|---|---|
| 11,300.05 | SF Walls | 2,860.46 | SF Ceiling | 14,160.51 | SF Walls & Ceiling |
| 5,064.45 | SF Floor | 562.72 | SY Flooring | 1,267.33 | LF Floor Perimeter |
| 3,303.09 | SF Long Wall | 2,047.94 | SF Short Wall | 1,267.33 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | 0.00 | Area of Face 1 |



FEB-06-2004 FRI 05:00 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 17

JAMES L. PARADISE CLEANING SERVICE, INC.

DISASTER RESTORATION SPECIALISTS

| | | | | |
|---|---|---|---|---|
| Structural Items | | | | 11,824.67 |
| Line Item Total | | | | 11,824.67 |
| Material Sales Tax | @ | 7.000% | 27.95 | 1.96 |
| Subtotal | | | | 11,826.63 |

JIM PARADISE



FEB-06-2004 FRI 05:01 PM FROM:JAMES PARADISE FAX:14018461280 PAGE 18