UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VIGILANT INSURANCE COMPANY a/s/o Eastward Vista, LLC<br>Plaintiff,<br>vs.<br>EAST GREENWICH OIL CO., INC.<br>and<br>EASTERN SECURITY CORPORATION<br>Defendants. | CIVIL ACTION NO. CA04- 439S |

**WITHDRAWAL OF PLAINTIFF, VIGILANT INSURANCE COMPANY a/s/o EASTWARD VISTA, LLC'S MOTION TO COMPEL**

Plaintiff, Vigilant Insurance Company a/s/o Eastward Vista, LLC ("Vigilant Insurance"), hereby withdraws its Motion to Compel East Greenwich Oil Company ("East Greenwich Oil") to produce copies of the East Greenwich Oil's liability policy with StarNet Insurance Company and copies of the Reservation of Rights letter(s) that were referenced in East Greenwich Oil's Rule 26 Disclosures. Subsequent to filing the Motion to Compel, East Greenwich Oil served Vigilant Insurance with the requested documents. Thus, the Motion to Compel is moot.

GRANTED.

David L Martin
DAVID L. MARTIN
United States Magistrate Judge
December 6, 2005

Respectfully Submitted,
Vigilant Insurance Company

By Its Attorneys,
ADLER POLLOCK & SHEEHAN P.C.

By: Todd D. White (JJL)
TODD D. WHITE, ESQUIRE (#5943)
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-2443
Tel: 401-274-7200
Fax: 401-751-0604

Dated: December 2, 2005