ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

COZEN O'CONNOR
ATTORNEYS
A PROFESSIONAL CORPORATION

SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET PHILADELPHIA, PA 19103-3508 215.665.2000 800.523.2900 215.665.2013 FAX www.cozen.com

FILE

December 8, 2004

A. Richard Bailey
Direct Phone 215.665.2040
Direct Fax 215.701.2040
abailey@cozen.com

**VIA FEDERAL EXPRESS**

John M. Boland, Esquire
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street
Suite 200
Providence, RI 02903

Steven J. DeLuca, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

Re: Vigilant Insurance Company v. East Greenwich Oil Co., et al
Our File No. 147853

Dear Counsel:

As promised, I am enclosing to each of you plaintiff's Voluntary Disclosures pursuant to Rule 16 of the Federal Rules of Civil Procedure.

You will note that the Disclosures are unsigned since I am not currently admitted Pro Hac Vice. I have asked my local counsel, Todd White to sign the Voluntary Disclosures and forward an executed copy of same to you. However, I wanted you to have those documents prior to the Pre-Trial Conference scheduled for December 14, 2004.

Very truly yours,

COZEN O'CONNOR

By: A. Richard Bailey

ARB/jd
Enclosure

John M. Boland, Esquire
Steven J. DeLuca, Esquire
December 8, 2004
Page 3