UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VIGILANT INSURANCE COMPANY a/s/o
Eastward Vista, LLC
15 Mountainview Road
Warren, NJ 07061

Plaintiff,

vs.

EAST GREENWICH OIL CO., INC.
390 Main Street
East Greenwich, Rhode Island 02818
and
EASTERN SECURITY CORPORATION
307 Branch Avenue
Providence, Rhode Island 02904

Defendants.

CIVIL ACTION NO. CA04- 439S

JURY TRIAL DEMANDED

**PLAINTIFF'S AUTOMATIC DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

I. **Rule 26 (a) (1) (A): Individuals Who May Have Relevant Information**

The following individuals are likely to have discoverable information relevant to disputed facts alleged in the pleadings:

A. Jonathan Nelson, insured, C/O Provident Equity Partners, Inc., 30 Kennedy Plaza, Providence, RI, 02903.

B. Jim Tagliente, Property General Adjuster, Chubb Group of Insurance, 1 Financial Center, Boston, MA 02111.

C. Christina E. Loughlin, Senior Claims Officer, Chubb Group of Insurance Companies, Claims Department, 12 Vreeland Road, P.O. Box 975, Florham Park, NJ 07932.

D. Peter Byrne, Project Engineer, CCA, LLC, 19 Crosby Drive, Suite 220, Bedford, MA 01730.

E. Tom Brown, Project Manager, CCA, LLC, 19 Crosby Drive, Suite 220, Bedford, MA 01730.

F. Matt Davitt, Davitt Design & Build, 4 Frank Avenue, West Kingston, RI 02892.

G. David Toler, P.E., Engineering Consultant, Forensic Engineering Sciences, Inc., 2586 Nazareth Road, P.O. Box 3938, Easton, PA 18043.

H. Dineley Claims Service, 617 Comstock Road, Suite 4, Montpelier, VT 05602.

I. Todd Nelligan, Foreman, Davitt Design & Build, 4 Frank Avenue, West Kingston, RI 02892.

J. Stacy Tramonti, Executive assistant to Jonathan Nelson, C/O Providence Equity Partners, Inc., 30 Kennedy Plaza, Providence, RI 02903.

K. Jamestown Police Department, 250 Conanicus Avenue, Jamestown, RI 02835.

L. Nancy Taylor, insured's decorator, address unknown.

M. Stephen deLisle, East Greenwich Oil Company, Inc., 390 Main Street, East Greenwich, RI 02818.

N. Debbie (unknown last name), Eastern Security, 307 Branch Avenue, Providence, RI 02904.

O. Frank Simeone, Eastern Security, 307 Branch Avenue, Providence, RI 02904.

P. Gary Gallo, Cunningham Lindsey, 90 Airport Road, Warwick, RI 02889.

Q. David Guaragna, adjuster for liability carrier of Eastern Security, Cunningham Lindsey, 90 Airport Road, Warwick, RI 02889.

R. Ernie Smith, Crawford & Company, 2348 Post Road, Warwick, RI 02886.

II **<u>Rule 26 (a) (1) (B): Relevant Documents in The Control of Plaintiff</u>**

The following documents, date compilations, and tangible things are in the possession custody of Plaintiff and may be relevant to disputed facts in the pleadings:

Exhibit A CCA Estimates for Repairs

Exhibit B Matt Davit Estimates for Repairs

Exhibit C Property Loss Notice

Exhibit D Proof of Loss

Exhibit E Claim History Log Notes

Exhibit F CCA Invoice for Services

Exhibit G Davitt Invoice for Services

| | |
|---|---|
| Exhibit H | Photographs |
| Exhibit I | Adjuster's Reports |
| Exhibit J | "Jamestown Notes" prepared by Stacy Tramonti (assistant to Jonathan Nelson) dated 1/28/04. |
| Exhibit K | Fax and Service Repair Report |
| Exhibit L | Vigilant Policy |
| Exhibit M | David Toler Photographs |

III **Rule 26 (a) (1) (C): Computation of Damages Claimed by Plaintiff**

| | | |
|---|---|---|
| (1) | Building | $1,169,796.95 |
| | **Total Claim** | **$1,169,796.95** |

IV **Rule 26 (a) (1) (D): Insurance Agreement**

See the attached policy in Exhibit L.

Dated: December 7, 2004

ADLER, POLLOCK & SHEEHAN

BY: [signature]

TODD WHITE, ESQUIRE (#5943)
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 274-7200

OF COUNSEL:

A. Richard Bailey, Esquire
John R. Slattery, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age and not a party to this action. On December 9, 2004, I caused the foregoing Automatic Disclosures to be hand-delivered to the following:

John M. Boland, Esquire
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street
Suite 200
Providence, RI 02903
COUNSEL FOR THE DEFENDANT, EASTERN SECURITY CORP.

Lauren Motola-Davis, Esquire
Steven J. De Luca, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141
COUNSEL FOR THE DEFENDANT, EAST GREENWICH OIL CO., INC.

D. A. Giuffetelli [signature]

PHILA1\2165701\1 147853.000