UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY a/s/o Eastward Vista, LLC Plaintiff, | : | CIVIL ACTION NO. CA04-439S |
| vs. | : | |
| EAST GREENWICH OIL CO., INC. and EASTERN SECURITY CORPORATION Defendants. | : | |

FILED
DEC 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ENTRY OF APPEARANCE**

Jaime J. LaPorte, Esq., of the law firm of Adler Pollock & Sheehan P.C., hereby enters her appearance on behalf of Plaintiff Vigilant Insurance Company.

Respectfully Submitted,
Vigilant Insurance Company

By Its Attorneys,
ADLER POLLOCK & SHEEHAN P.C.

By: Jaime J. LaPorte
TODD D. WHITE, ESQUIRE (#5943)
JAIME J. LAPORTE, ESQUIRE (#6668)
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-2443
Tel: 401-274-7200
Fax: 401-751-0604

Dated: December 21, 2005

OF COUNSEL:
A. Richard Bailey
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2040

**CERTIFICATION**

I hereby certify that a copy of the within Entry of Appearance was mailed on this 21st day of December 2005 to the following:

Lauren Motola-Davis, Esquire
Michael Farley, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

*365646_1.doc*