## Farley, Michael

**From:** Bailey, A. Richard [RBailey@cozen.com]

**Sent:** Wednesday, March 02, 2005 12:31 PM

**To:** Farley, Michael

**Cc:** jboland@conversent.net

**Subject:** Vigilant Insurance ( Eastward Vista) v. East Greenwich Oil Co

Mike: You sent me Supplemental Responses on 2/17/05 to Plaintiff's Request For Production. You attached a copy of a letter (undated) from Standish Heating addressed to East Greenwich. Could you let me know the date of this letter, whether there were any other documents that came with this letter, and lastly, whether this represents Standish's response to your subpoena.

Do you still expect Standish to appear for their scheduled deposition on 3/8/05, or will Standish send the records as requested?

I am still awaiting a response from Mr. Nelson to your discovery. Thanks.

******************************************

Notice: This communication, including attachments, may contain information that is

confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.