UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VIGILANT INSURANCE,

Plaintiff,

v.

EAST GREENWICH OIL CO., INC. and EASTERN SECURITY CORPORATION,

Defendants.

C.A. No. 04-439 S

**ERRATA**

In the Decision and Order denying East Greenwich Oil's Motion to Exclude Damages Testimony, signed on March 9, 2006, the date of a prior Court order was stated incorrectly. This Court signed the Order precluding EG Oil from disclosing a "rebuttal" expert on August 31, 2005; therefore, the date August 31, 2005 should appear in the following three places: on page 3 in footnote 6; on page 14 in the paragraph numbered 2; and on page 15 in the last paragraph.

By Order:

Deputy Clerk

Enter:

WILLIAM E. SMITH
United States District Judge

DATE: 3/22/06