**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

VIGILANT INSURANCE COMPANY a/s/o
EASTWARD VISTA, LLC

Vs. C.A. No. 04-439 S

EAST GREENWICH OIL CO., INC., and
EASTERN SECURITY CORPORATION

**PLAINTIFF, VIGILANT INSURANCE COMPANY'S OBJECTION TO EAST GREENWICH OIL CO., INC.'S "MOTION" FOR RECONSIDERATION OF THE COURT'S DECISION AND ORDER DATED MARCH 9, 2006**

Plaintiff, Vigilant Insurance Company, by and through counsel, hereby objects to defendant, East Greenwich Oil Co., Inc.'s purported "Motion" for Reconsideration of the Court's Decision and Order dated March 9, 2006. For the reasons set forth below, it is respectfully requested that the "Motion" be denied.

Additionally, if the Court determines that a formal Response to the said "Motion" is appropriate, it is respectfully requested that plaintiff, Vigilant Insurance Company be given ten (10) days from the conclusion of the scheduled Mandatory Mediation within which to respond to said Motion.

Respectfully submitted,

Vigilant Insurance Company
By Its Attorneys,
ADLER POLLOCK & SHEEHAN P.C.

By: Todd D. White
TODD D. WHITE, ESQUIRE
#5943
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-751-0604

Dated: 3/23/06

OF COUNSEL:

Richard Bailey /cow

A. Richard Bailey
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2040

**CERTIFICATION**

I hereby certify that a copy of the within was mailed on this 24th day of March 2006 to the following:

Michael Farley, Esquire
Lauren Motola-Davis, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

VIGILANT INSURANCE COMPANY a/s/o
EASTWARD VISTA, LLC
Vs. C.A. No. 04-439 S
EAST GREENWICH OIL CO., INC., and
EASTERN SECURITY CORPORATION

**STATEMENT IN SUPPORT OF PLAINTIFF, VIGILANT INSURANCE COMPANY'S OBJECTION TO THE "MOTION" FILED BY DEFENDANT, EAST GREENWICH OIL CO., INC.**

Plaintiff, Vigilant Insurance Company, by and through counsel, objects to East Greenwich Oil's "Motion" for Reconsideration of the Court's Decision and Order dated March 9, 2006. In support of this objection, counsel for plaintiff note that the said "Motion" does not cite one legal decision or precedent but merely attempts to reargue its previously filed motion requesting that the Court exclude the testimony of plaintiff's non-retained, testifying experts.

The subject "Motion" also requests that the Court submit this matter to mandatory mediation. Currently, a mediation conference has been scheduled with Magistrate Judge Lovegreen for April 18, 2006.

If the Court determines that the subject "Motion" for Reconsideration is appropriate for consideration, plaintiff requests that the Court hold the subject "Motion" in abeyance pending the completion of the mandatory mediation. If the mandatory mediation is not successful, it is further requested that the Court permit plaintiff ten (10) days within which to file a formal response to the subject "Motion" for Reconsideration.

It should also be noted that the contents of the subject "Motion" for Reconsideration contains completely unsupported statements, arguments and complaints, none of which was raised in the prior Motion for Exclusion which was the subject matter of the Court's Decision

and Order dated March 9, 2006. In many respects, the subject "Motion" for Reconsideration is inconsistent with the relief sought in the initial Motion. For those reasons and other factual issues not of record, the subject "Motion" for reconsideration is inappropriate in its present form and should be denied.

Respectfully submitted,

Vigilant Insurance Company
By Its Attorneys,
ADLER POLLOCK & SHEEHAN P.C.

By: Todd D. White

TODD D. WHITE, ESQUIRE
#5943
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-751-0604

Dated: 3/23/06

OF COUNSEL:

Richard Bailey /TDW

A. Richard Bailey
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2040

**CERTIFICATION**

I hereby certify that a copy of the within was mailed on this 24th day of March 2006 to the following:

Michael Farley, Esquire
Lauren Motola-Davis, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

LeeAnne Deane

*376165_1.doc*