RECEIVED
U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VIGILANT INSURANCE COMPANY a/s/o
EASTWARD VISTA, LLC

Vs. C.A. No. 04-439 S

EAST GREENWICH OIL CO., INC., and
EASTERN SECURITY CORPORATION

**STIPULATION OF VOLUNTARY DISMISSAL**

The parties hereto, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), do hereby stipulate to the dismissal with prejudice of all claims in the above-captioned case, all parties to bear their own costs and attorneys' fees.

Counsel for the defendant East Greenwich Oil waives any claim to attorneys fees awarded pursuant to the Court's Decision and Order dated March 9, 2006. The portion of the court's order imposing a sanction of attorney's fees is therefore vacated.

BY ORDER:

____________________________
CLERK

ENTER:

____________________________
WILLIAM E. SMITH
UNITED STATES DISTRICT COURT JUDGE

DATE:________________________

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 6/22/06

Presented by:

VIGILANT INSURANCE COMPANY

By Its Attorneys,

Jaime J. LaPorte

TODD D. WHITE (#5943)
JAIME J. LaPORTE (#6668)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-751-0604
Dated: ~~May~~ June 15, 2006

OF COUNSEL:
A. Richard Bailey
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Tel: 215-665-2040

EAST GREENWICH OIL CO., INC

By Its Attorneys,

M. Farley

LAUREN MOTOLA-DAVIS(#3396)
MICHAEL FARLEY (#6196)
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel: 401-331-4660
Fax: 401-621-4660
Dated: May __, 2006

*381328_1.doc*